IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CURTIS LEE POTTER                                                                                    PLAINTIFF

v.                                              Case No. 6:22-cv-6077

PIKE COUNTY SHERIFF'S
DEPARTMENT                                                                                          DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on September 12, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Ford recommends dismissing Plaintiff Curtis Lee Potter's Complaint (ECF No. 1) without prejudice. ECF No. 6. Specifically, Judge Ford explains that, "[t]o date, Plaintiff has not submitted his Show Cause Response, his completed IFP application, or his Amended Complaint" and that Plaintiff's "last communication with the Court was on July 11, 2022, when he filed his Complaint." ECF No. 6, at 1.

Plaintiff has not objected, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge